NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**KANEKA CORPORATION,**
*Plaintiff-Cross-Appellant*

**v.**

**SKC KOLON PI, INC., SKC, INC.,**
*Defendants-Appellants*

_____

2018-1313, 2018-1399

_____

Appeals from the United States District Court for the Central District of California in No. 2:11-cv-03397-JGB-RZ, Judge Jesus G. Bernal.

_____

**JUDGMENT**

_____

ANTHONY J. DAIN, Procopio, Cory, Hargreaves & Savitch LLP, San Diego, CA, argued for plaintiff-cross-appellant. Also represented by RAYMOND K. CHAN, DAVE DEONARINE, JOHN CHRISTOPHER JACZKO, FREDERICK K. TAYLOR.

J. MICHAEL JAKES, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for defendants-appellants. Also represented by CHARLES

COLLINS-CHASE, MINDY EHRENFRIED; CHARLES HYUK SUH, Reston, VA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 15, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court